· WASHBURN v. STATE. (No. 7978.)

(Court of Criminal Appeals of Texas. May 21, 1924.)

Criminal law ⚖⟶1090(19) — Record, without statement of facts or bills of exceptions, is not reviewable.

Where indictment is regular, and record is without statement of facts or bills of exception, nothing is presented for review in motion for new trial.

Appeal from District Court, Haskell County; W. R. Chapman, Judge.

R. M. Washburn was convicted of unlawful manufacture of intoxicating liquor, and he appeals. Affirmed.

Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment is regular. The record is before us without statement of facts or bills of exception. Nothing is presented for review in the motion for new trial.

The judgment is affirmed.